IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| ROMAN PRAVAK, M.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 07-2433-JPM-dkv |
| ) | |
| THE MEYER EYE GROUP, PLC, ) | |
| DAVID MEYER, M.D., and ) | |
| ANA FLORES, M.D., ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND
ORDER DISQUALIFYING PLAINTIFF'S COUNSEL**

Pending before the Court is the Report and Recommendation of Magistrate Judge Diane K. Vescovo, submitted September 4, 2008 (Doc. 138), recommending that the Court grant Defendants' Joint Motion to Disqualify Plaintiff's Counsel. No objections to the Report and Recommendation have been filed, and the time for filing objections has expired.

Upon de novo review of the Magistrate Judge's Report and Recommendation, the Court ADOPTS the Report and Recommendation in its entirety, and GRANTS Defendants' Joint Motion to Disqualify Plaintiff's Counsel (Doc. 92).

So ORDERED this 19th day of September, 2008.

/s/ JON P. McCALLA
UNITED STATES DISTRICT JUDGE