IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROMAN PRAVAK, M.D., | ) |
| | ) |
| Plaintiff, | ) Case No. 2:07-CV-02433-JPM-dkv |
| | ) |
| vs. | ) |
| | ) |
| THE MEYER EYE GROUP, PLC, DAVID MEYER, M.D., and ANA FLORES, M.D., | ) ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR EXTENSION OF DEADLINES**

Come now Plaintiff and Defendants, by and through their undersigned counsel, and respectfully move this Honorable Court for an extension of the deadlines set forth in this Court's Order, dated March 10, 2008. The parties submit herewith a Memorandum in Support and Certificate of Consultation to the effect that all parties are in agreement with this Motion.

Respectfully submitted,

s/ Robert F. Tom
John R. Branson (TN # 10913)
Robert F. Tom (TN # 26636)
BAKER, DONELSON, BEARMAN,
  CALDWELL & BERKOWITZ, P.C.
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
Telephone: 901.526.2000
rtom@bakerdonelson.com
*Attorneys for The Meyer Eye Group, PLC*

        s/Caroline Turner English
        Caroline Turner English (DC #463006)
        Kate B. Briscoe (DC #481099)
        Leonard O. Evans (DC #500371)
        ARENT FOX LLP
        1050 Connecticut Avenue NW
        Washington, DC 20036-5339

        s/Daniel D. Warlick
        Daniel D. Warlick (TN #10310)
        LAW OFFICE OF DAN WARLICK
        611 Commerce Street, Suite 2712
        Nashville, TN 37203
        *Attorneys for David Meyer, M.D.*

        s/Louis Jay Miller
        Louis Jay Miller (TN #5418)
        APPERSON CRUMP & MAXWELL, PLC
        6000 Poplar Ave., Suite 400
        Memphis, TN 38119-3972
        *Attorney for Ana Flores, M.D.*

        s/John B. Turner
        John B. Turner (TN #018258)
        BASKIN, MCCARROLL, MCCASKILL &
        CAMPBELL, P.A.
        5779 Getwell Road
        Building B
        Southaven, Mississippi 38671
        *Attorney for Roman Pravak, M.D.*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been electronically filed using the CM/ECF system this 22nd day of September, 2008.

        s/ Robert F. Tom
        Robert F. Tom

2