IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROMAN PRAVAK, M.D., | ) |
| | ) |
| Plaintiff, | ) Case No. 2:07-CV-02433-JPM-dkv |
| | ) |
| vs. | ) |
| | ) |
| THE MEYER EYE GROUP, PLC, DAVID MEYER, M.D., and ANA FLORES, M.D., | ) ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM IN SUPPORT OF JOINT MOTION FOR EXTENSION OF DEADLINES

Come now Plaintiff and Defendants, by and through their undersigned counsel, and respectfully submit this Memorandum in Support of their Joint Motion for Extension of Deadlines, and in support state as follows:

On February 26, 2008, Defendants filed a Joint Motion to Disqualify Plaintiff's Counsel ("Motion to Disqualify") on the grounds that Plaintiff's counsel was laboring under a conflict of interest and that Plaintiff's counsel was a necessary witness in the case. [Dkt. #92]. The parties engaged in limited discovery on the disqualification motion and presented evidence to Magistrate Judge Vescovo in an evidentiary hearing held in July 2008. On September 4, 2008, Judge Vescovo issued her Report and Recommendation on Defendant's Joint Motion to Disqualify Counsel and Order Denying Plaintiff's Request to Consider Additional Legal Authorities ("Report"). [Dkt. #138]. In her Report, the Magistrate Judge recommended that Defendants' Motion to Disqualify Plaintiff's counsel be granted and that Plaintiff's counsel be disqualified from representing Plaintiff. Report, pp. 2, 20. On September 19, 2008, this Court adopted

Magistrate Judge Vescovo's Report and ordered that Matthew P. Cavitch be disqualified as counsel for Plaintiff. [Dkt. #140]. In the interim, this Court has scheduled a Status Conference for October 9, 2008.[1]

The current deadline for the close of discovery in this case is October 31, 2008. However, while the disqualification motion has been pending, the parties have not been able to engage in discovery on the merits (other than to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)) and, in fact, believe it may have been inappropriate to do so. Accordingly, the parties respectfully request that the current deadline for the conclusion of discovery and all subsequent deadlines be postponed, and suggest that a new schedule be set during the upcoming Status Conference.

          Respectfully submitted,

          s/ Robert F. Tom
          John R. Branson (TN # 10913)
          Robert F. Tom (TN # 26636)
          BAKER, DONELSON, BEARMAN,
            CALDWELL & BERKOWITZ, P.C.
          First Tennessee Building
          165 Madison Avenue, Suite 2000
          Memphis, Tennessee 38103
          Telephone: 901.526.2000
          rtom@bakerdonelson.com
          *Attorneys for The Meyer Eye Group, PLC*

          s/Caroline Turner English
          Caroline Turner English (DC #463006)
          Kate B. Briscoe (DC #481099)
          Leonard O. Evans (DC #500371)
          ARENT FOX LLP
          1050 Connecticut Avenue NW
          Washington, DC 20036-5339

---

[1] On September 19, 2008, Defendants filed a Consent Motion to Reset Status Conference.

        s/Daniel D. Warlick
Daniel D. Warlick (TN #10310)
LAW OFFICE OF DAN WARLICK
611 Commerce Street, Suite 2712
Nashville, TN 37203
*Attorneys for David Meyer, M.D.*

        s/Louis Jay Miller
Louis Jay Miller (TN #5418)
APPERSON CRUMP & MAXWELL, PLC
6000 Poplar Ave., Suite 400
Memphis, TN 38119-3972
*Attorney for Ana Flores, M.D.*

        s/John B. Turner
John B. Turner (TN #018258)
BASKIN, MCCARROLL, MCCASKILL & CAMPBELL, P.A.
5779 Getwell Road
Building B
Southaven, Mississippi 38671
*Attorney for Roman Pravak, M.D.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been electronically filed using the CM/ECF system this 22nd day of September, 2008.

        s/Robert F. Tom
        Robert F. Tom