IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ROMAN PRAVAK, M.D., | ) |
| | ) |
| Plaintiff, | ) No. 2:07-CV-02433-JPM-dkv |
| | ) |
| v. | ) |
| | ) |
| THE MEYER EYE GROUP, PLC, DAVID MEYER, M.D., and ANA FLORES, M.D., | ) ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF CONSULTATION PURSUANT TO LOCAL RULE 7.2

Pursuant to Local Rule 7.2(a)(1)(B), I, Robert F. Tom, hereby certify that counsel for The Meyer Group conferred with John B. Turner, Esq., counsel for Plaintiff Roman Pravak, M.D., regarding the Joint Motion for Extension of Deadlines.  Mr. Turner has agreed that Plaintiff will join in the Motion.  Therefore, all parties are in agreement with the action requested by the Motion.

Respectfully submitted,

s/ Robert F. Tom
John R. Branson (TN # 10913)
Robert F. Tom (TN # 26636)
BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, P.C.
First Tennessee Building
165 Madison Avenue, Suite 2000
Memphis, Tennessee  38103
Telephone: 901.526.2000
rtom@bakerdonelson.com
*Attorneys for The Meyer Eye Group, PLC*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been electronically filed using the CM/ECF system this 22nd day of September, 2008.

                                                        s/ Robert F. Tom

M RFT 1090323 v1
2908535-000001 09/22/2008