UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| ROMAN PRAVAK, M.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   No.   07-CV-2433 (JPM/dkv) |
| | ) |
| THE MEYER EYE GROUP, PLC, and | ) |
| DAVID MEYER, M.D., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

The remaining parties in the above-named action, Plaintiff/Counter-Defendant Roman Pravak, M.D., Defendant/Counter-Plaintiff The Meyer Eye Group, PLC, and Defendant/Counter-Plaintiff David Meyer, M.D., announce to the Court that all matters in controversy have been compromised and settled. Accordingly, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, by their undersigned counsel, hereby stipulate to the dismissal with prejudice of all claims in this action. Each party is to bear its own costs. This Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement agreement.

Dated: February 4, 2010.              Respectfully submitted,

s/ JOHN B. TURNER, JR.
John B. Turner, Jr. (#018258)
Baskin McCarroll McCaskill & Campbell, PA
P.O. Box 190
Southaven, MS  38671
(662) 349-0664
Fax (662) 349-2432
jturner@baskinmccarroll.com
*Attorney for Roman Pravak, M.D.*

1

s/CAROLINE TURNER ENGLISH
Caroline Turner English (DC #463006)
Kate B. Briscoe (DC #481099)
Leonard O. Evans III (DC #500371)
ARENT FOX LLP
1050 Connecticut Avenue NW
Washington, DC 20036-5339
(202) 857-6000 (office)
(202) 857-6395 (fax)
english.caroline@arentfox.com

Daniel D. Warlick (TN #10310)
LAW OFFICE OF DAN WARLICK
611 Commerce Street, Suite 2712
Nashville, TN 37203

*Attorneys for David Meyer, M.D.*


s/JOHN R. BRANSON
John R. Branson, Esq. (#10913)
Robert F. Tom, Esq. (#26636)
Baker Donelson Bearman Caldwell & Berkowitz
165 Madison Ave., Suite 2000
Memphis, TN 38103
(901) 526-2000
Fax (901) 577-2303
jbranson@bakerdonalson.com

*Attorney for The Meyer Eye Group, PLC*

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.2(a)(1)(B), the undersigned hereby affirms that, having consulted with John B. Branson, Jr., counsel for The Meyer Eye Group, PLC, by telephone and e-mail on February 4, 2010, and Caroline Turner English, counsel for David Meyer, M.D., by e-mail on February 4, 2010, all parties join in the Stipulation of Dismissal.

s/JOHN B. TURNER, JR.
John B. Turner, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Stipulation of Dismissal and Certificate of Consultation have been electronically filed and served upon counsel for all parties using the CM/ECF system this 4th day of February, 2010.

s/JOHN B. TURNER, JR.
John B. Turner, Jr.