```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF TENNESSEE
                        WESTERN DIVISION
```

```
ROMAN PRAVAK, M.D.,           )
                              )
     Plaintiff,               )
                              )
vs.                           )    No. 2:07-cv-02433-JPM-dkv
                              )
THE MEYER EYE GROUP, PLC,     )
& DAVID MEYER, M.D.,          )
                              )
     Defendants.              )
```

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the parties' Stipulation of Dismissal,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal, this case is DISMISSED WITH PREJUDICE in its entirety. The Court retains jurisdiction to enforce the settlement agreement.

APPROVED:

/s/ Jon P. McCalla_____
CHIEF U.S. DISTRICT JUDGE


February 4, 2010_____
Date